James P. Watson (SBN 046127)
Bruce K. Leigh (SBN 129753)
Anne Bevington (SBN 111320)
STANTON, KAY & WATSON, LLP
101 New Montgomery, Fifth Floor
San Francisco, CA 94105
Telephone: (415) 512-3501
Facsimile: (415) 512-3515
Email: AnneB@skwsf.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> E. GREEN CONSTRUCTION, INC., et al., <br><br> Defendants. | Case No.: C-06-6013 CRB <br><br> ~~PLAINTIFFS' COMBINED STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT;~~ <br> (~~PROPOSED~~) ORDER <br><br> DATE: January 5, 2007 <br> TIME: 8:30 a.m. <br> COURTROOM: 8, 19th Floor <br> JUDGE: Hon. Charles R. Breyer |
| BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> E. GREEN CONSTRUCTION, INC., et al., <br><br> Defendants. | Case No.: C-06-6047 CRB |

These two actions are related cases brought by the Laborers Trust Funds for Northern California (Case No. C-06-6013) and the Cement Masons Trust Funds for Northern California (Case No. C-06-6047) against defendants E. Green Construction, Inc. and Ezra Phillip Green.

-1-

Defendants in both cases were served, failed to respond, and default was entered against them on December 27, 2006. Both Laborers Trust Funds and Cement Masons Trust Funds will be substituting Ronald L. Richman, Esq. of Bullivant Houser Bailey, P.C. as their attorney in place of their current counsel. Plaintiffs request that the Case Management Conference, currently scheduled for January 5, 2007, be continued for 90 days to a date convenient to the Court, so that they may complete their substitution of attorneys and file motions for default judgment.

DATED: December 28, 2006                    STANTON, KAY & WATSON, LLP

By _____*Anne Bevington*_____
ANNE BEVINGTON
Attorneys for Plaintiffs

---

### CASE MANAGEMENT ORDER

The Court having read plaintiffs' statement above, and good cause appearing therefor, IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for January 5, 2007, at 8:30 a.m., be continued to ___April 06___, 2007, at 8:30 a.m., in Courtroom 8 on the 19th Floor of the above-entitled court, located at 450 Golden Gate Ave., San Francisco, CA 94102.

DATED: __January 3, 2007__

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Charles R. Breyer*

F:\CASES\7000\7000.1065 E.G. Construction\PLEADINGS\CMC Statement.doc

-2-

PLAINTIFFS' COMBINED STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT; (PROPOSED) ORDER [CASE NOS. C-06-6013 CRB, C-06-6047 CRB]