1 | Ronald L. Richman, SBN 139189
Joye Blanscett, SBN 191242
2 | BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
3 | San Francisco, California  94108
E-mail: ron.richman@bullivant.com
4 | E-mail: joye.blanscett@bullivant.com
Telephone: 415.352.2700
5 | Facsimile: 415.352.2701

6 | Attorneys for Plaintiffs

7

UNITED STATES DISTRICT COURT

8

NORTHERN DISTRICT OF CALIFORNIA

9

SAN FRANCISCO DIVISION

10

11 | BOARD OF TRUSTEES OF THE
LABORERS HEALTH AND WELFARE
12 | TRUST FUND FOR NORTHERN
CALIFORNIA; BOARD OF TRUSTEES OF
13 | THE LABORERS VACATION-HOLIDAY
TRUST FUND FOR NORTHERN
14 | CALIFORNIA; BOARD OF TRUSTEES OF
THE LABORERS PENSION TRUST FUND
15 | FOR NORTHERN CALIFORNIA; and
BOARD OF TRUSTEES OF THE
16 | LABORERS TRAINING AND RETRAINING
TRUST FUND FOR NORTHERN
17 | CALIFORNIA,

18 |           Plaintiffs,

19 |      v.

20 | E. GREEN CONSTRUCTION, INC., a
California corporation; dba E G
21 | CONSTRUCTION; EZRA PHILLIP GREEN,
an Individual,
22

          Defendants.
23

24 | BOARD OF TRUSTEES OF THE CEMENT
MASONS HEALTH AND WELFARE TRUST
25 | FUND FOR NORTHERN CALIFORNIA;
BOARD OF TRUSTEES OF THE CEMENT
26 | MASONS VACATION/HOLIDAY TRUST
FUND FOR NORTHERN CALIFORNIA;
27 | BOARD OF TRUSTEES OF THE CEMENT
MASONS PENSION TRUST FUND FOR
28 | NORTHERN CALIFORNIA; and BOARD OF
TRUSTEES OF THE CEMENT MASONS
APPRENTICESHIP AND TRAINING TRUST

---

Case No.: C-06-6013 CRB

**PLAINTIFFS' STATEMENT IN LIEU OF
CASE MANAGEMENT CONFERENCE
STATEMENT; ORDER THEREON**

Date:   April 6, 2007
Time:  8:30 a.m.
Ctroom:  8, 19th

---

Case No.: C-06-6047 CRB

---

6078358.1         – 1 –

1   FUND FOR NORTHERN CALIFORNIA,

2                   Plaintiffs,

3          v.

4   E. GREEN CONSTRUCTION, INC., a
    California corporation; dba E G
5   CONSTRUCTION; EZRA PHILLIP GREEN,
    an Individual,
6
                    Defendants.
7

8          Plaintiffs Cement Masons Trust Funds offer this Statement in Lieu of the Case

9   Management Conference Statement.

10         On September 28, 2006 Plaintiffs filed their Complaint. On October 9, 2006 Defendants

11  were served.  Defendants failed to file a responsive pleading. On November 13, 2006 this case

12  and Case No. C-06-6013 (Laborers Trust Funds vs. E. Green Construction, Inc., et al) were

13  deemed related and assigned to this Court.

14         On December 27, 2006 the Clerk entered the default of defendants.  On February 1,

15  2007 the law firm of Bullivant Houser Bailey PC substituted in as counsel for Plaintiffs in place

16  of Stanton, Kay & Watson, LLP.  Plaintiffs are now in a position to proceed with a motion for

17  default judgment.  Plaintiffs will have the motion for default judgment on file with this Court

18  within 30 days.

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1     Based on the above, Plaintiffs respectfully request that this Court continue the Case

2  Management Conference for thirty (30) days.  At that time, Plaintiffs will have on file their

3  Motion for Default Judgment.

4  DATED:  March 29, 2007

5                                   BULLIVANT HOUSER BAILEY PC

6

7                               By _Ronald L. Richman_____

8                                   Ronald L. Richman

9                                 Attorneys for Plaintiffs

10

11                        **CASE MANAGEMENT ORDER**

12

13     The Court having read Plaintiffs' Statement in Lieu of Case Management Conference

14  Statement and good cause appearing therefore:

15     IT IS HEREBY ORDERED that the Case Management Conference currently scheduled

16  for April 6, 2007 at 8:30 a.m. be continued to __ May 11 _____, 2007 at 8:30 a.m.,

17  Courtroom 8, 19th Floor.

18  DATED: ___ March 30 ___, 2007

19

20                          By _____

21                           HON. CHARLES R. BREYER
                                  UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT STATEMENT: ORDER THEREON

(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer)