Ronald L. Richman, SBN 139189
Joye Blanscett, SBN 191242
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
E-mail: ron.richman@bullivant.com
E-mail: joye.blanscett@bullivant.com
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> v. <br><br> E. GREEN CONSTRUCTION, INC., a California corporation; dba E G CONSTRUCTION; EZRA PHILLIP GREEN, an Individual, <br><br> Defendants. | Case No.: C-06-6013 CRB <br><br> ~~PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT;~~ ORDER ~~THEREON~~ <br><br> Date: May 11, 2007 <br> Time: 8:30 a.m. <br> Ctroom: 8, 19th |
| BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS VACATION/HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE CEMENT MASONS APPRENTICESHIP AND TRAINING TRUST | Case No.: C-06-6047 CRB |

| | |
|---|---|
| 1 | FUND FOR NORTHERN CALIFORNIA, |
| 2 | Plaintiffs, |
| 3 | v. |
| 4 | E. GREEN CONSTRUCTION, INC., a California corporation; dba E G |
| 5 | CONSTRUCTION; EZRA PHILLIP GREEN, an Individual, |
| 6 | |
| | Defendants. |

8    Plaintiffs Laborers Trust Funds offer this Statement in Lieu of the Case Management
9  Conference Statement.
10    On September 27, 2006 Plaintiffs filed their Complaint. On October 8, 2006 Defendants
11  were served.  Defendants failed to file a responsive pleading. On November 13, 2006 this case
12  and Case No. C-06-6047 (Cement Masons Trust Funds vs. E. Green Construction, Inc., et al)
13  were deemed related and assigned to this Court.
14    On December 17, 2006 the Clerk entered the default of defendants.  On February 1,
15  2007 the law firm of Bullivant Houser Bailey PC substituted in as counsel for Plaintiffs in place
16  of Stanton, Kay & Watson, LLP.
17    Counsel for Plaintiffs Cement Masons Trust Funds has now gathered all the additional
18  information and documentation necessary to proceed with a motion for default judgment and
19  will have the motion on file with this Court on or before May 25, 2007.
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

1  Based on the above, Plaintiffs respectfully request that this Court continue the Case
2  Management Conference for thirty (30) days. At that time, Plaintiffs will have on file their
3  Motion for Default Judgment and there will be no need for a Case Management Conference.
4  DATED: April 30, 2007

BULLIVANT HOUSER BAILEY PC

By _____/s/ Ronald L. Richman_____
Ronald L. Richman

Attorneys for Plaintiffs

## CASE MANAGEMENT ORDER

The Court having read Plaintiffs' Statement in Lieu of Case Management Conference Statement and good cause appearing therefore:

IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for May 11, 2007 at 8:30 a.m. be continued to ___June 15___, 2007 at 8:30 a.m., Courtroom 8, 19th Floor.

DATED: _May 3_____, 2007

By _____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer