```
 1  Ronald L. Richman, SBN 139189
    Joye Blanscett, SBN 191242
 2  BULLIVANT HOUSER BAILEY PC
    601 California Street, Suite 1800
 3  San Francisco, California 94108
    E-mail: ron.richman@bullivant.com
 4  E-mail: joye.blanscett@bullivant.com
    Telephone: 415.352.2700
 5  Facsimile: 415.352.2701

 6  Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>E. GREEN CONSTRUCTION, INC., a California corporation; dba E G CONSTRUCTION; EZRA PHILLIP GREEN, an Individual,<br><br>Defendants. | Case No.: C-06-6013 CRB<br><br>**PLAINTIFFS LABORERS TRUST FUNDS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON**<br><br>Date:    June 15, 2007<br>Time:    8:30 a.m.<br>Ctroom: 8, 19th |
| BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS VACATION/HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE CEMENT MASONS APPRENTICESHIP AND TRAINING TRUST | Case No.: C-06-6047 CRB |

|   |   |
|---|---|
| 1 | FUND FOR NORTHERN CALIFORNIA, |
| 2 | Plaintiffs, |
| 3 | v. |
| 4 | E. GREEN CONSTRUCTION, INC., a California corporation; dba E G |
| 5 | CONSTRUCTION; EZRA PHILLIP GREEN, an Individual, |
| 6 | |
| 7 | Defendants. |

8  Plaintiffs Laborers Trust Funds offer this Statement in Lieu of the Case Management

9  Conference Statement.

10  On May 25, 2007 Plaintiffs filed their Motion for Default Judgment. Hearing is set for

11  July 13, 2007. Based on the above, Plaintiffs respectfully request that this Court vacate the Case

12  Management Conference.

13  DATED: June 1, 2007

14  BULLIVANT HOUSER BAILEY PC

16  By _/s/ Ronald L. Richman_
     Ronald L. Richman

18  Attorneys for Plaintiffs

## CASE MANAGEMENT ORDER

The Court having read Plaintiffs' Statement in Lieu of Case Management Conference Statement and good cause appearing therefore:

IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for June 15, 2007 at 8:30 a.m. be vacated.

DATED: June 4, 2007

By _____
HON. CHARLES R. BREYER
UNITED STATES D...

