IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>       Plaintiffs,<br><br>  v.<br><br>E. GREEN CONSTRUCTION, INC., dba EG CONSTRUCTION; EZRA PHILLIP GREEN,<br><br>       Defendants._____/ | No. C 06-6047 CRB<br><br>**JUDGMENT** |

The Court having granted plaintiffs' motion for a default judgment by Order filed July 12, 2007, judgment is entered in favor of plaintiffs and against defendant E. Green Construction Inc. dba EG Construction and Ezra Phillip Green in the total amount of $45,942.66. In addition, defendants are required to permit a Trust Fund auditor to come onto defendants' premises and to submit to an audit of their financial records for the period from February 25, 2003 through April 30, 2007.

**IT IS SO ORDERED.**

Dated: July 12, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\6047\judgment.wpd

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

G:\CRBALL\2006\6047\judgment.wpd           2